CITY OF NEW YORK, Respondent, v GOLDEN FEATHER SMOKE SHOP, INC., et al., Defendants, and MONIQUE'S SMOKE SHOP et al., Appellants.

Decided August 31, 2010

Pursuant to the August 20, 2010 order of the United States Court of Appeals for the Second Circuit withdrawing its certification of questions accepted by the Court of Appeals on May 11, 2010 [*see* 14 NY3d 880 (2010)], certified questions marked withdrawn.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.

FIDELITY NATIONAL TITLE INSURANCE COMPANY et al., Respondents, and SHEILA FERRARI et al., Intervenors-Appellants, v REGENT ABSTRACT SERVICES, LTD., et al., Respondents. NEW YORK LIFE INSURANCE COMPANY, Third-Party Defendant-Respondent.

Submitted June 1, 2010; decided August 31, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Matter of Haverstraw Park v Runcible Props. Corp.*, 33 NY2d 637 [1973]).

LEXJAC, LLC, et al., Respondents, v JULIANNE W. BECKERMAN et al., Appellants.

Submitted June 1, 2010; decided August 31, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine an action or proceeding within the meaning of the Constitution and is not an order of the type provided for in CPLR 5602 (a) (2).